IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANTE CHAVATE LEVI GAINES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to restrict, filing no. 21, is granted and defendant's motion (filing no. 22) shall be maintained as a restricted access document.

DATED this 23rd day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge