```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
                 Plaintiff,   )           4:08CR3145
                              )
        v.                    )
                              )
DEANTE CHAVATE LEVI GAINES,   )              ORDER
                              )
                 Defendant.   )
                              )
```

There is insufficient information before the court with which to evaluate the defendant's request for travel and temporary release from electronic monitoring. (For example, no information on whether this is the first reunion in thirty years or an annual event). In addition, there appears to be inadequate time to investigate the conditions that would exist at the family reunion.

IT THEREFORE HEREBY IS ORDERED,

The motion for temporary change of conditions, filing no. 31, is denied.

DATED this 11th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge