IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANTE CHAVATE LEVI GAINES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion, filing no. 53, to file restricted document is granted and the clerk shall maintain filing no. 54 as a restricted access document.

DATED this 12th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge