IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3145 |
| ) | |
| v. ) | |
| ) | |
| DEANTE CHAVATE LEVI GAINES, ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO CONTINUE HEARING |
| Defendant. ) | |
| ) | |

IT IS ORDERED that:

1. the Unopposed Motion to Continue Hearing, filing 64, is granted;

2. the hearing is rescheduled to commence at 2:00 p.m. on June 22, 2009, in Courtroom No. 1, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated June 12, 2009.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge