IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANTE CHAVATE LEVI GAINES, | ) | ORDER ON MOTION TO RESTRICT AND |
| | ) | MOTION FOR ORDER TO |
| Defendant. | ) | TEMPORARILY MODIFY CONDITIONS |
| | ) | OF RELEASE |

IT IS ORDERED that:

1. defendant's Motion to Restrict, filing 75, is granted and the clerk shall maintain filing no. 75 as a restricted access document; and

2. the plaintiff shall have until July 27, 2009, to respond to the defendant's Motion for Order to Temporarily Modify Conditions of Release, filing 76.

Dated July 20, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge