IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3145 |
| | ) | |
| V. | ) | |
| | ) | |
| DEANTE CHAVATE LEVI GAINES, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

Taking into consideration the Pretrial Services Officer's recommendation and the government's objection to suspension of electronic monitor (filing 78),

IT IS ORDERED that:

(1)   The defendant's motion for order to temporarily modify conditions of release (filing 76) is denied.

(2)   The government's motion (filing 79) to restrict filing 78 is granted.

DATED this 21st day of July, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester