IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )   4:08CR3145  )  Plaintiff,  )  )  )  vs.   )   **MEMORANDUM**  )   **AND ORDER**  )  Deante Chavate Levi Gaines,   )  )  Defendant.   ) | |

I erroneously ruled on post-sentencing motions pending before Judge Urbom. With apologies to counsel and Judge Urbom,

IT IS ORDERED that my order (filing 81) is withdrawn.

BY THE COURT:

*Richard G. Kopf*
United States District Judge