IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3145 |
| v. | ) | |
| DEANTE CHAVATE LEVI GAINES, | ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) | |

Counsel for the government has filed a Motion to Seal, filing 88, requesting that the government's response be sealed pursuant to filing 87. Because it is necessary for defense counsel to be able to have access to the government's response, I will grant the request in part and authorize that the response be filed as a restricted document, pursuant to the E-Government Act, limiting access to counsel of record and the court.

IT THEREFORE IS ORDERED that:

1. the Motion to Seal, filing 88, is granted in part and denied in part in that the response, filing 89, shall be filed as a restricted document pursuant to the E-Government Act and not as a sealed document; and

2. the clerk of the court shall provide to counsel of record a copy of document 89.

Dated June 17, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge