AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No:  4:08CR3145 |
| DEANTE CHAVATE LEVI GAINES | ) | |
| | ) | USM No:  22482-047 |
| Date of Original Judgment:  07/07/2009 | ) | |
| Date of Previous Amended Judgment: 07/07/2010 | ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   x  the defendant   ❏  the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.     x  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   52   months **is reduced to**   42 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   7/7/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   November 28, 2011                                   s/ Warren K. Urbom
                                                                                           *Judge's signature*

Effective Date:                                                            Warren K. Urbom, United States Senior District Judge
      *(if different from order date)*                                 *Printed name and title*